

**United States District Court**
**Eastern District of California**

| Aurora | Case Number: 2:23-CV-00032-JAM-DMC |

V.

| Superintendent Kelly Staley, et al. |

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Eric A. Sell hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Aurora Regino

On 01/26/2022 (date), I was admitted to practice and presently in good standing in the District of Columbia Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01 / 20 / 2023     Signature of Applicant: /s/ Eric A. Sell

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Eric A. Sell |
| Law Firm Name: | CENTER FOR AMERICAN LIBERTY |
| Address: | 1311 South Main Street, Suite 302 |
| City: | Mount Airy   State: MD   Zip: 21771 |
| Phone Number w/Area Code: | (703) 687-6200 |
| City and State of Residence: | Washington, DC |
| Primary E-mail Address: | ESell@LibertyCenter.org |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Matthew Michael Hoesly |
| Law Firm Name: | DHILLON LAW GROUP INC. |
| Address: | 2424 S.E. Bristol Street, Suite 300 |
| City: | Newport Beach   State: CA   Zip: 92660 |
| Phone Number w/Area Code: | (949) 396-0608   Bar #: 289593 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 20, 2023        /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE