

# United States District Court
# Eastern District of California

Aurora Regino

Plaintiff(s)

V.

Superintendent Kelly et al

Defendant(s)

Case Number: 2:23-CV-00032-JAM-DMC

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Joshua Wallace Dixon hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Aurora Regino

On 3/22/03 and 10/16/07 (date), I was admitted to practice and presently in good standing in the Supreme Court of North Carolina and South Carolina (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/20/2023

Signature of Applicant: /s/ Joshua Wallace Dixon

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

Applicant's Name: Joshua Wallace Dixon

Law Firm Name: CENTER FOR AMERICAN LIBERTY

Address: 1311 South Main Street, Suite 302

City: Mount Airy   State: MD   Zip: 21771

Phone Number w/Area Code: (703) 687-6200

City and State of Residence: South Carolina

Primary E-mail Address: JDixon@LibertyCenter.org

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Matthew Michael Hoesly

Law Firm Name: DHILLON LAW GROUP INC.

Address: 2424 S.E. Bristol Street, Suite 300

City: Newport Beach   State: CA   Zip: 92660

Phone Number w/Area Code: (949) 396-0608   Bar #: 289593

### ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 20, 2023         /s/ John A. Mendez
                                JUDGE, U.S. DISTRICT COURT