HARMEET K. DHILLON (SBN 207873)
Michael A. Columbo (SBN 271283)
**DHILLON LAW GROUP INC.**
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: (415) 433-1700
Email: Harmeet@DhillonLaw.com
       MColumbo@DhillonLaw.com

MARK TRAMMELL*
JOSHUA W. DIXON (Pro hac vice)
ERIC A. SELL (Pro hac vice)
**CENTER FOR AMERICAN LIBERTY**
1311 South Main Street, Suite 302
Mount Airy, MD 21771
Telephone: (703) 687-6200
Email: MTrammell@LibertyCenter.org
       JDixon@LibertyCenter.org
       ESell@LibertyCenter.org

Attorneys for Plaintiff
AURORA REGINO
* Pro hac vice motion forthcoming

LOUIS A LEONE, ESQ. (SBN 099874)
      *Of Counsel*
BRIAN A. DUUS, ESQ. (SBN 263403)
JIMMIE E. JOHNSON, ESQ. (SBN 223344)
**LEONE ALBERTS & DUUS**
1390 Willow Pass Road, Suite 700
Concord, CA 94520-7913
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
Emails: lleone@leonealberts.com
        bduus@leonealberts.com
        jjohnson@leonealberts.com

Attorneys for Defendants
SUPERINTENDENT KELLY STALEY,
in her official capacity; CAITLIN DALBY,
in her official capacity; REBECCA KONKIN,
in her official capacity; TOM LANDO, in his
official capacity; EILEEN ROBINSON, in her
official capacity; and MATT TENNIS,
in his official capacity

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA REGINO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SUPERINTENDENT KELLY STALEY, in her official capacity; CAITLIN DALBY, in her official capacity; REBECCA KONKIN, in her official capacity; TOM LANDO, in his official capacity; EILEEN ROBINSON, in her official capacity; and MATT TENNIS, in his official capacity,<br><br>　　　　Defendants. | Case No.: 2:23-cv-00032-JAM-DMC<br><br>**STIPULATION AND ORDER**<br><br><br><br>Complaint Filed: January 6, 2023<br>Trial Date: Not Yet Set |

　　　　Plaintiff AURORA REGINO ("Plaintiff"), by and through her counsel of record, and Defendants KELLY STALEY, CAITLIN DALBY, REBECCA KONKIN, TOM LANDO, EILEEN ROBINSON, and MATT TENNIS (collectively, "Defendants") by and through their counsel of record, submit the following stipulation seeking a briefing and hearing schedule for the preliminary injunction motion filed by Plaintiff in the above-captioned matter.

　　　　WHEREAS, on January 25, 2023, Plaintiff filed her renewed motion for preliminary injunction and memorandum in support;

　　　　WHEREAS, on that same day, Defendants were served with a copy of the motion via ECF; and

　　　　WHEREAS, the parties agree that it is in their best interests and in the interests of judicial economy for Plaintiff's motion for preliminary injunction to be considered by this Court on the terms below.

　　　　IT IS THEREFORE STIPULATED by and between the parties that the Court should:

1. Set the hearing on Plaintiff's motion for preliminary injunction motion for February 28, 2023, at 1:30 p.m.;

2

STIPULATION AND ORDER                                Case No.: 2:23-cv-00032-JAM-DMC

2. Set the deadline for Defendants to file any opposition to said preliminary injunction motion for February 14, 2023; and

3. Set the deadline for Plaintiff to file any reply briefing in support of said preliminary injunction motion for February 21, 2023.

Dated: January 25, 2023

**DHILLON LAW GROUP INC.**
**CENTER FOR AMERICAN LIBERTY**


*/s/ Harmeet K. Dhillon*
HARMEET K. DHILLON
MICHAEL A. COLUMBO
JOSHUA W. DIXON
ERIC A. SELL
Attorneys for Plaintiff
AURORA REGINO

Dated: January 25, 2023

**LEONE ALBERTS & DUUS**

*/s/ Brian A. Duus*
LOUIS A. LEONE, ESQ.
        *Of Counsel*
BRIAN A. DUUS, ESQ.
JIMMIE E. JOHNSON, ESQ.
Attorneys for Defendants
SUPERINTENDENT KELLY STALEY,
in her official capacity; CAITLIN DALBY,
in her official capacity; REBECCA KONKIN,
in her official capacity; TOM LANDO, in his
official capacity; EILEEN ROBINSON, in her
official capacity; and MATT TENNIS,
in his official capacity

STIPULATION AND ORDER                        Case No.: 2:23-cv-00032-JAM-DMC

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court orders that the hearing on the pending preliminary injunction motion in the above-captioned matter shall be held on February 28, 2023, at 1:30 p.m. in the United States District Court, Eastern District of California, 501 I Street, Sacramento, California 95814, Courtroom 6, 14th floor.  The Court further orders that Defendants KELLY STALEY, CAITLIN DALBY, REBECCA KONKIN, TOM LANDO, EILEEN ROBINSON, and MATT TENNIS shall file any opposition briefing to said motion by no later than February 14, 2023.  The Court further orders that Plaintiff shall file any reply briefing in support of said motion by no later than February 21, 2023.

Dated:  January 26, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE