IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA REGINO,<br><br>Plaintiff,<br><br>vs.<br><br>SUPERINTENDENT KELLY STALEY, in her official capacity; CAITLIN DALBY, in her official capacity; REBECCA KONKIN, in her official capacity; TOM LANDO, in his official capacity; EILEEN ROBINSON, in her official capacity; and MATT TENNIS, in his official capacity,<br><br>Defendants. | Case No.: 2:23-cv-00032-JAM-DMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE** |

Having reviewed and considered Plaintiff's Motion to Strike, and all of the other papers filed by the parties in connection with the Motion, it is hereby **ORDERED** that the Motion to Strike is **GRANTED** pursuant to Federal Rule of Civil Procedure 12(f). Docket Entries 22-2 and 22-3 are hereby stricken from the Record.

**IT IS SO ORDERD.**

Dated: February 24, 2023

/s/ John A. Mendez

The Honorable John A. Mendez
Senior United States District Judge