# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** | Eastern District of California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 2:23-cv-00032-JAM-DMC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 1/06/2023

Date of judgment or order you are appealing: | 7/11/2023

Docket entry number of judgment or order you are appealing: | 57, 58

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

(●) Yes   ( ) No   ( ) IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Aurora Regino

Is this a cross-appeal?   ( ) Yes   (●) No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ( ) Yes   (●) No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:            State:        Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** | /s/ Harmeet K. Dhillon           **Date** | Jul 20, 2023

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                    *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Aurora Regino

Name(s) of counsel (if any):

Harmeet K. Dhillon

Address: 177 Post St., Suite 700 San Francisco, CA 94108

Telephone number(s): (415) 433-1700

Email(s): harmeet@dhillonlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Kelly Staley

Name(s) of counsel (if any):

BRIAN A. DUUS,
JIMMIE E. JOHNSON

Address: 1390 Willow Pass Road, Suite 700 Concord, CA 94520-7913

Telephone number(s): (925) 974-8600

Email(s): bduus@leonealberts.com; jjohnson@leonealberts.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                    *1*                               *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Aurora Regino

Name(s) of counsel (if any):

Joshua W. Dixon

Address: 1311 South Main Street, Suite 207 Mount Airy, MD 2177

Telephone number(s): (703) 687-6200

Email(s): Jdixon@libertycenter.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                    2                              *New 12/01/2018*