```
1   LOUIS A. LEONE (SBN 099874)
        (Of Counsel)
2   BRIAN A. DUUS, ESQ. (SBN 263403)
3   JIMMIE E. JOHNSON, ESQ. (SBN 209471)
    LEONE ALBERTS & DUUS
4   1390 Willow Pass Road, Suite 700
5   Concord, CA 94520-7913
    Telephone: (925) 974-8600
6   Facsimile: (925) 974-8601
    Emails: bduus@leonealberts.com
7            jjohnson@leonealberts.com
8
    Attorneys for Defendants
9   SUPERINTENDENT KELLY STALEY,
    in her official capacity
10
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| AURORA REGINO, | Case No.: 2:23-cv-00032-JAM-DMC |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT KELLY STALEY'S <u>AMENDED</u> NOTICE OF MOTION AND MOTION TO PUBLISH ECF 57 IN NATIONAL REPORTER SYSTEM** |
| SUPERINTENDENT KELLY STALEY, in her official capacity; CAITLIN DALBY, in her official capacity; REBECCA KONKIN, in her official capacity; TOM LANDO, in his official capacity; EILEEN ROBINSON, in her official capacity; and MATT TENNIS, in his official capacity, | **(Fed. R. Civ. Proc. 12)**<br><br>Date: October 31, 2023<br>Time: 1:30 p.m.<br>Crtrm.: 6<br>Judge: Hon. John A. Mendez |
| Defendants. | Complaint Filed: January 6, 2023<br>Trial Date: Not Yet Set |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

      PLEASE TAKE NOTICE that on October 31, 2023 at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 6 of the above-entitled court, located at 501 I Street,

1

Sacramento, California 95814, Defendant KELLY STALEY ("Defendant Staley")[1] will and hereby does, pursuant to Local Rules of the United States District Court, Eastern District of California, Rule 171, move this Court to publish in the National Reporter System, including but not limited to the *Federal Supplement*, the entirety of the Order Granting Defendant's Motion to Dismiss, ECF 57 (see Exhibit A), it issued in the above-captioned matter.

      This motion is based on the instant Notice of Motion and Motion, the Memorandum of Points and Authorities set forth below, all pleadings in this action, as well as any evidence and arguments that may be offered in the forthcoming reply briefing and hearing on the motion. This motion is made following the conference of counsel pursuant to the Court's standing order which took place on September 6, 2023.

**LEONE ALBERTS & DUUS**

Dated: September 25, 2023

*/s/ Jimmie E. Johnson*
BRIAN A. DUUS, ESQ.
JIMMIE E. JOHNSON, ESQ.
Attorneys for Defendants
SUPERINTENDENT KELLY STALEY

---

[1] The other initially named defendants were dismissed prior to the final disposition of this matter before the District Court.