

# United States District Court
# Eastern District of California

Aurora Regino

Plaintiff(s)

V.

Superintendent Kelly Staley

Defendant(s)

Case Number: [ 2:23-cv-00032-DJC-DMC ]

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Courtney Corbello hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Aurora Regino

On November 6, 2015 (date), I was admitted to practice and presently in good standing in the Texas Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: May 30, 2025     Signature of Applicant: /s/ Courtney Corbello

**Pro Hac Vice Attorney**

Applicant's Name: Courtney Corbello
Law Firm Name: Center for American Liberty
Address: PO Box 200942

City: Pittsburgh   State: PA   Zip: 15251
Phone Number w/Area Code: 703-687-6212
City and State of Residence: Cedar Park, Texas
Primary E-mail Address: ccorbello@libertycenter.org
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jesse Franklin-Murdock
Law Firm Name: Dhillon Law Group, Inc.
Address: 177 Post Street, Ste 700

City: San Francisco   State: CA   Zip: 94108
Phone Number w/Area Code: (415) 433-1700   Bar #: 339034

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 30, 2025

*Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE