LOUIS A LEONE, ESQ. (SBN 099874)
    *Of Counsel*
BRIAN A. DUUS, ESQ. (SBN 263403)
JIMMIE E. JOHNSON, ESQ. (SBN 223344)
**LEONE ALBERTS & DUUS**
1390 Willow Pass Road, Suite 700
Concord, CA 94520-7913
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
Emails: lleone@leonealberts.com
        bduus@leonealberts.com
        jjohnson@leonealberts.com
Attorneys for Defendant
SUPERINTENDENT KELLY STALEY,
in her official capacity


JOSHUA W. DIXON (Admitted Pro Hac Vice)
COURTNEY CORBELLO (Admitted Pro Hac Vice)
**CENTER FOR AMERICAN LIBERTY**
PO Box 200942
Pittsburgh, PA 15251-0942
Telephone: (703) 687-6200
Email: JDixon@LibertyCenter.org
       CCorbello@LibertyCenter.org

JESSE FRANKLIN-MURDOCK (SBN 339034)
**DHILLON LAW GROUP INC.**
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: (415) 433-1700
Email: JFM@DhillonLaw.com
Attorneys for Plaintiff
AURORA REGINO

1

STIPULATION AND ORDER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA REGINO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SUPERINTENDENT KELLY STALEY, in her official capacity as Superintendent of the Chico Unified School District,<br><br>　　　　Defendant. | Case No.: 2:23-cv-00032-JAM-DMC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT SUPERINTENDENT KELLY STALEY TO FILE RESPONSE TO SECOND AMNEDED COMPLAINT TO JULY 9, 2025**<br><br>Second Amended Complaint Filed: 6/11/2025<br>Complaint Filed: 1/6/2023<br>Trial Date: Not Yet Set |

　　　　Plaintiff AURORA REGINO ("Plaintiff") and Defendant SUPERINTENDENT KELLY STALEY ("Superintendent Staley") by and through their respective counsel of record, submit the following stipulation and proposed order seeking an extension of the deadline for Superintendent Staley to file her response to the Second Amended Complaint in the above-captioned matter ("SAC"), from the current deadline of June 25, 2025, to July 9, 2025 – an extension of 14 days.

　　　　WHEREAS, on July 11, 2023, this Court granted Superintendent Staley's Rule 12 motion to dismiss the First Amended Complaint filed in the above-captioned matter in its entirety, without leave to amend (ECF 57); and

　　　　WHEREAS, on April 4, 2025, the United States Court of Appeals for the Ninth Circuit vacated that order, and remanded the matter back to this Court for further consideration (ECF 69); and

WHEREAS, on June 4, 2025, Plaintiff filed a consent motion with this Court to file the operative SAC (ECF 82); and

WHEREAS, on June 11, 2025, this Court granted that consent motion, and ordered Superintendent Staley to respond to the amended pleading within fourteen days – i.e., June 25, 2025 (ECF 85); and

WHEREAS, the SAC consists of both 31 pages of pleadings and approximately 905 pages of exhibits (ECF 84-84.10); and

WHEREAS, Superintendent Staley intends to file a new Rule 12 motion seeking dismissal of the operative SAC in its entirety; and

WHEREAS, in the interests of equity, Plaintiff agrees that Superintendent Staley should be afforded additional time to prepare her Rule 12 motion;

IT IS HEREBY STIPULATED by and between the parties that the Court should grant Superintendent Staley leave to file her response to the SAC by no later than July 9, 2025.

Dated: June 13, 2025        **LEONE ALBERTS & DUUS**

/s/ Jimmie E. Johnson
LOUIS A. LEONE, ESQ.
   *Of Counsel*
BRIAN A. DUUS, ESQ.
JIMMIE E. JOHNSON, ESQ.
Attorneys for Defendant

Dated: June 13, 2025        **CENTER FOR AMERICAN LIBERTY**
**DHILLON LAW GROUP INC.**

/s/ Joshua W. Dixon
JOSHUA W. DIXON, ESQ.
COURTNEY CORBELLO, ESQ.
JESSE FRANKLIN-MURDOCK
Attorneys for Plaintiff

STIPULATION AND ORDER

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant the stipulation in this case would deny Defendant SUPERINTENDENT KELLY STALEY ("Superintendent Staley") a reasonable opportunity to address all of the factual allegations and causes of action raised in the operative Second Amended Complaint ("SAC") in her forthcoming response.

Accordingly, the Court grants Superintendent Staley leave to file her response to the SAC by no later than July 9, 2025.

IT IS SO ORDERED.

Dated:  June 16, 2025                             /s/ Daniel J. Calabretta
                                                  THE HONORABLE DANIEL J. CALABRETTA
                                                  UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER